**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: PHILADELPHIA TRAFFIC COURT JUDGE MICHAEL LOWRY | : No. 167 EM 2013<br>:<br>: Petition for Review of Judge Michael<br>: Lowry to Receive His Pay and Benefits |
| PETITION OF: JUDGE MICHAEL LOWRY | :<br>: Motion for a Timely Hearing so Michael<br>: Lowry Can Receive His Pay and Benefits<br>: |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 13th day of November, 2014, the "Petition for Review of Judge Michael Lowry to Receive His Pay and Benefits" and the "Motion for a Timely Hearing so Michael Lowry Can Receive His Pay and Benefits" are hereby **DISMISSED**.